IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROBERT GORE** | § | **CIVIL ACTION NO. 3:23-CV-00537-N** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **V.** | § | |
| | § | |
| **FIESTA MART, LLC** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

### DISCLOSURE OF CORPORATE, AFFILIATIONS, AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendant FIESTA MART LLC. makes the following disclosure:

Fiesta Mart LLC. is a limited liability company organized under the laws of Texas, and its sole member is Bodega Latina Corp., a Delaware Corporation with its principal place of business in California.

Other parties with a financial interest in this litigation are:

**Plaintiff Robert Gore**

**Julie Wolf**
**Wolf Law, PLLC**
Texas Bar No. 24051542
julie@wolflawp11c.com
12222 Merit Dr., Suite 1200
Dallas, Texas 75251
Tel. (972) 338-4477
Fax. (972) 338-5044
ATTORNEY FOR PLAINTIFF

Respectfully submitted,

MEHAFFYWEBER, P.C.

By:*/s/Maryalyce W. Cox*
Maryalyce W. Cox
State Bar No. 24009203
One Allen Center
500 Dallas, Suite 2800
Houston, Texas  77002
Telephone  - (713) 655-1200
Telecopier  - (713) 655-0222
maryalycecox@mehaffyweber.com

**ATTORNEYS FOR DEFENDANT
FIESTA MART, LLC**

## CERTIFICATE OF SERVICE

    This will certify that a copy of the foregoing document was furnished to counsel for Plaintiff on March 10, 2023, pursuant to the Texas Rules of Civil Procedure.

*Maryalyce W. Cox*
Maryalyce W. Cox