IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT GORE<br>Plaintiff, | § § § § § | |
| V. | § § | CIVIL ACTION NO.  3:23-CV-00537-N |
| FIESTA MART, LLC<br>Defendant. | § § § § | |

## JOINT STATUS REPORT

NOW COME Plaintiff Robert Gore ("Plaintiff") and Defendant Fiesta Mart, LLC ("Defendant" and together with Plaintiff the "Parties") and file their Joint Status Report as follows:

### I.
### Statement of Case and Contentions of Parties

a. Plaintiff asserts a premises liability claim against Defendant and alleges that he slipped on water on or about March 28, 2021 while shopping at Defendant's store located at 3230 Martin Luther King Jr. Blvd, Dallas, TX  75210 (the "Store").  As a result of the alleged slip and fall, Plaintiff alleges that he sustained past and future medical expenses, pain, suffering, mental anguish, physical impairment, physical disfigurement, and lost wages.

Defendant denies Plaintiff's allegations. Defendant also specifically denies that (i) it had actual or constructive knowledge about the allegedly dangerous condition, (ii) the allegedly dangerous condition posed an unreasonable risk of harm, (iii) Defendant failed to exercise reasonable care to reduce or eliminate the allegedly dangerous condition, and (iv) that Defendant's alleged failure to exercise reasonable care proximately caused Plaintiff's alleged injuries.

## II.
## Status of Settlement Discussions

b. The Parties have talked about settlement possibilities in telephone discussions and are hopeful that an early settlement can be reached.

## III.
## Likelihood of Other Parties Being Joined

c. The Parties do not currently anticipate joining other Parties.

## IV.
## Anticipated Challenges to Jurisdiction or Venue

d. The parties have no challenges to jurisdiction or venue.

## V.
## Estimated Time Required for Discovery and Length of Trial

e. The Parties estimate discovery could be completed within six (6) months. The Parties estimate the trial should take two (2) days.

## VI.
## Alternative Dispute Resolution

f. The Parties believe mediation is appropriate in this matter.

## X.
## Disclosure Under Rules 26(a)(1)

g. The Parties have no objections to disclosure under Rule 26(a)(1).

**AGREED TO AND SUBMITTED BY:**

WOLF LAW FIRM, PLLC

By:*/s/ Julie Wolf*
Julie Wolf
State Bar No. 24051542
12222 Merit Dr, Suite 1200
Dallas, TX  75201
Telephone - (972) 338-4477
Telecopier - (972) 338-5044
julie@wolflawpllc.com

ATTORNEYS FOR PLAINTIFF,
ROBERT GORE

*AND*

MEHAFFYWEBER, P.C.

By:*/s/ Maryalyce W. Cox*
Maryalyce W. Cox
State Bar No. 24009203
One Allen Center
500 Dallas, Suite 2800
Houston, Texas 77002
Telephone - (713) 655-1200
Telecopier - (713) 655-0222
maryalycecox@mehaffyweber.com

ATTORNEYS FOR DEFENDANT,
FIESTA MART, L.L.C.